**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY BROWN, | ) | |
| | ) | Case No. 09 CV 142 |
| Plaintiff, | ) | |
| | ) | Judge Darrah |
| v. | ) | |
| | ) | |
| OFFICERS M. OTTEN, Star 2773; J. | ) | |
| HODGES, Star 15929; R. ALLEN, Star | ) | |
| 15090; R. BELL, Star 18302; JOHN DOE, | ) | |
| JOHN ROE, JOHN POE, AND | ) | |
| THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION, | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by

their respective attorneys of record, that this matter has been settled pursuant to the Release and

Settlement Agreement, therefore, this cause should be dismissed with prejudice and with each

party bearing its own costs and attorneys' fees in accordance with the terms of the Release and

Settlement Agreement and the Agreed Order of Dismissal.


___**/s/** Standish E. Willis_____          ___/s/ Avi T. Kamionski_____
Standish E. Willis                                          Avi T. Kamionski
Law Offices of Standish E. Willis, Ltd.          Andrew M. Hale & Associates
407 South Dearborn – Suite 1395                 53 West Jackson Blvd, Suite 1800
Chicago, IL 60605                                        Chicago, IL 60604
(312) 554-0005                                            (312) 341-9646


DATE:November 3, 2010                             DATE: November 3, 2010